IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>3:08-CV-2029</u>
2. Style of case: <u>WALDO PEREYDA V. NARTSCO INC. ET AL</u>
3. Nature of suit: <u>Employment/Assault/IIED</u>
4. Method of ADR used:     **X Mediation**        ☐ Mini-Trial         ☐ Summary Jury Trial
5. Date ADR session was held: <u>9/3/2009</u>
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.           ☐ Settled, in part, as result of ADR

    **XX Settled as a result of ADR.**           ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $<u>2500.00</u>
8. Duration of ADR: <u>Full day</u>  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass - Mediator            Margaret K. Schulman, Esq.-Plaintiff
    Waldo Pereyda -Plaintiff                Andrea Hyatt, Esq.-Defendants
    John E. Schulman, Esq.-Plaintiff        Sean Keightley - NARTSCO Rep.-Def.
    David Stewart - Defendant               Erma and Graceli Pereyda - Plaintiff's
    Tracie Coleman - Def. Ins. (By Phone)   wife and daughter

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

<u>*Courtenay L. Bass*</u>                    <u>September 3, 2009</u>
Signature                                     Date

<u>3131 McKinney Avenue, Suite 125, Dallas, Texas  75204</u>   <u>(214)303-4500</u>
Address                                                        Telephone

**John E. Schulman, Esq.**
The Schulman Law Firm, P.C.
6440 N. Central Expressway
Suite 210
Dallas, TX  75206
(214) 361-2580
(214) 361-6580

**Margaret K. Schulman, Esq.**
The Schulman Law Firm, P.C.
6440 N. Central Expressway
Suite 210
Dallas, TX  75206
(214) 361-2580
(214) 361-6580

**Andrea Hyatt, Esq.**
Thompson & Knight LLP
1722 Routh Street
Suite 1500
Dallas, TX  75201
(214) 969-1700
(214) 969-1751