UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WALDO PEREYDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-2029-L |
| | § | |
| NARSTCO, INC., AND DAVID STEWART | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Waldo Pereyda dismisses this action with prejudice, with each party to bear his or its own costs of court and attorney's fees. By the signature of their counsel below, defendants NARSTCO, Inc. and David Stewart agree to this dismissal with prejudice.

Dated: September **3**, 2009.

Respectfully submitted:                          Respectfully submitted:

John E. Schulman                                 Andrea Hyatt
    SBN 17833500                                     Texas Bar No. 24007419
Margaret K. Schulman                             Marc H. Klein
    SBN 17833900                                     Texas Bar No. 11563012

THE SCHULMAN LAW FIRM, P.C.                       THOMPSON & KNIGHT LLP
6400 North Central Expressway, Ste. 210          One Arts Plaza
Dallas, TX 75206                                 1722 Routh Street, Suite 1500
214-361-2580 telephone                           Dallas, Texas 75201-2533
214-361-6580 facsimile                           Telephone: (214) 969-1577
jschulman@schulmanlaw.com                        Facsimile: (214) 880-3158
                                                 E-mail: Andrea.Hyatt@tklaw.com
COUNSEL FOR PLAINTIFF                             E-mail: Marc.Klein@tklaw.com

                                                 ATTORNEYS FOR DEFENDANTS