UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WALDO PEREYDA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:08-CV-2029-L |
| § | |
| NARSTCO, INC., AND DAVID § | |
| STEWART, § | |
| § | |
| Defendants. | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the Agreed Motion to Dismiss With Prejudice jointly filed by Plaintiff Waldo Pereyda and Defendants NARSTCO, Inc. and David Stewart. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this case is **dismissed with prejudice**, with each party to bear his or its own costs of court and attorney's fees.

**It is so ordered** this 24th day of September, 2009.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**AGREED ORDER OF DISMISSAL – Solo Page**